**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION**

Case No. 0:15-60972-civ-ZLOCH/HUNT

**LIVE FACE ON WEB, LLC,**
a Pennsylvania company,

        Plaintiff,

vs.

**FLORIDA STATE REALTY GROUP, INC.,**
a Florida Corporation,

        Defendants.

**JOINT STIPULATION AS TO RESPONSE DATE FOR DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO REQUESTS FOR PRODUCTION**

On September 29, 2015 Defendant, Florida State Realty Group, Inc. ("FSRG") filed a Motion to Compel Plaintiff's Responses to Requests for Production (Doc. 25). On October 1, 2015 the Court ordered this action be stayed as a result of FSRG's Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 with the United States Judicial Panel on Multidistrict Litigation. Upon the transfer being denied on December 9, 2015, the Court ordered the stay be lifted on January 6, 2016. To avoid any confusion on the appropriate response dates, the Parties have since conferred and propose the following reply and response deadlines for Doc. 25:

    Plaintiff's deadline to respond is February 11, 2016.

    Defendant's deadline to reply to Plaintiff's response is February 18, 2016.

2

Respectfully submitted this January 20, 2016.

*/s/Ryan T. Santurri*
Ryan T. Santurri, FL Bar No. 15698
rsanturri@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:     407-841-2330
Facsimile:     407-841-2343

*Attorney for Plaintiff,*
*LIVE FACE ON WEB, LLC*

/s/ *Joel B. Rothman*
Joel B. Rothman, Florida Bar No. 98220
joel.rothman@sriplaw.com
SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC
4651 N Federal Hwy
Boca Raton, FL 33431
Tel:  561-404-4350
Fax: 561-404-4353

*Attorneys for Defendant*
*FLORIDA STATE REALTY GROUP, INC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2016, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve electronically a copy of the foregoing on all counsel or parties of record on the service list below.

/s/Ryan T. Santurri
Ryan T. Santurri

## SERVICE LIST
*Live Face on Web, LLC v. Florida State Realty Group, Inc.*
Case No. 0:15-cv-60972-Zloch
United States District Court, Southern District of Florida

Ryan T. Santurri
Florida Bar No. 15698
rsanturri@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:    407-841-2330
Facsimile:    407-841-2343

*Attorney for Plaintiff,*
*LIVE FACE ON WEB, LLC*

Joel B. Rothman
Florida Bar No. 98220
joel.rothman@sriplaw.com
SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC
4651 N Federal Hwy
Boca Raton, FL 33431
Tel:  561-404-4350
Fax: 561-404-4353

*Attorneys for Defendant,*
*FLORIDA STATE REALTY GROUP, INC*

Stephen J. Simmons
ssimmons@mbhlawyer.com
ejohnson@mbhlawyer.com
MOMBACH, BOYLE, HARDIN & SIMMONS, P.A.
500 East Broward Blvd., Suite 1950
Fort Lauderdale, FL 33394-30004
Tel: (954) 467-2200
Fax: (954) 467-2210

*Attorneys for Defendant,*
*FLORIDA STATE REALTY GROUP, INC*