UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60972-CIV-ZLOCH

LIVE FACE ON WEB, LLC,

    Plaintiff,

vs.                                            **O R D E R**

FLORIDA STATE REALTY GROUP, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation As To Response Date For Defendant's Motion To Compel Plaintiff's Responses To Requests For Production (DE 35) filed herein by both Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Joint Stipulation As To Response Date For Defendant's Motion To Compel Plaintiff's Responses To Requests For Production (DE 35) filed herein by both Parties be and the same is hereby approved, adopted and ratified by the Court. Plaintiff shall have until <u>noon</u> on <u>Thursday, February 11, 2016</u>, to file its Response to Defendant's Motion To Compel Plaintiff's Responses To Requests For Production (DE 25). Defendant shall have until <u>noon</u> on <u>Thursday, February 18, 2016</u>, to file its Reply to Plaintiff's Response to Defendant's Motion To Compel Plaintiff's Responses To Requests For Production.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _21st_ day of January, 2016.

                                                 WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:
All Counsel of Record